EDWARD J. DAILEY, Respondent, *v.* LOUIS GROEHNERT, Appellant.

Supreme Court, Appellate Term, First Department, October 31, 1934.

*Herman C. Emer*, for the appellant.

*William J. Scanlon* [*Edward I. Becker* of counsel], for the respondent.

PER CURIAM. A defendant may not be punished for contempt of court under section 753 of the Judiciary Law for the transfer of his assets during the pendency of a stay which was not sought by him and which was not obtained by any false promise to preserve the status.

Order reversed, with ten dollars costs and disbursements, and motion denied.

All concur; present, LYDON, CALLAHAN and SHIENTAG, JJ.